United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

J & J SPORTS PRODUCTIONS, INC.,

Plaintiff,

v.

ALBERTO PENA VILLA, a/k/a ALBERTO SANCHEZ, and VERONICA VILLA, individually and d/b/a RESTAURANT EL SINALOENSE a/k/a EL SINALOENSE

Defendants.

Case No.: 11-CV-1216-LHK

ORDER CONTINUING HEARING

Plaintiff filed its motion for default judgment on July 12, 2011, which was set for a hearing on October 19, 2011. ECF No. 13. Defendants, who were proceeding *pro se*, failed to oppose Plaintiff's motion within the time required by the Civil Local Rules. It appears that Defendants may have been confused about their need to respond in this action because they had timely answered in another pending action before Judge Alsup, *J & J Sports Prods. Inc. v. Villa*, Case No. 11-CV-01164 (N.D. Cal. filed Mar. 10, 2011), involving the same parties and the same causes of action arising from the alleged unlawful display of the same boxing match. *See* ECF No. 15 ¶ 7,

Defendants have since obtained representation by Counsel and filed an answer on July 27, 2011. ECF Nos. 17, 18. The Court hereby ORDERS the parties to meet and confer, by October 24, 2011, to determine whether or not the pending motion should be withdrawn. If the parties reach agreement regarding the withdrawal of the motion, the parties shall jointly file, by October 28, 2011, a proposed case schedule. Should the parties fail to reach agreement regarding the withdrawal of the motion, Defendants have until October 28, 2011, to file an opposition to Plaintiff's motion for default judgment, and Plaintiff has until November 4, 2011, to file a reply.

The hearing on the motion is continued until January 5, 2012.

**IT IS SO ORDERED.**

Dated: October 17, 2010

LUCY H. KOH
United States District Judge

**United States District Court**
For the Northern District of California