UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> ALBERTO PENA VILLA, a/k/a ALBERTO SANCHEZ, and VERONICA VILLA, individually and d/b/a RESTAURANT EL SINALOENSE a/k/a EL SINALOENSE <br><br> Defendants. | Case No.: 11-CV-1216-LHK <br><br> ORDER REQUESTING STATUS UPDATE |

The Court takes judicial notice that the parties have settled what appears to be a related case, 5:11-CV-1164. By 5:00 p.m. on November 3, 2011, the parties shall file a stipulation of dismissal in the above captioned matter or file a joint statement explaining why the above captioned matter has not settled.

**IT IS SO ORDERED.**

Dated: October 28, 2010

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 11-CV-01216-LHK
ORDER REQUESTING STATUS UPDATE