Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Alberto Pena Villa a/k/a Alberto Sanchez, et al.,<br><br>Defendants. | CASE NO. 5:11-cv-01216-LHK<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ALBERTO PENA VILLA A/K/A ALBERTO SANCHEZ and VERONICA VILLA, individually and d/b/a RESTAURANT EL SINALOENSE A/K/A EL SINALOENSE |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants ALBERTO PENA VILLA A/K/A ALBERTO SANCHEZ and VERONICA VILLA, individually and d/b/a RESTAURANT EL SINALOENSE A/K/A EL SINALOENSE, that the above-entitled action is hereby dismissed **without prejudice** against ALBERTO PENA VILLA A/K/A ALBERTO SANCHEZ and VERONICA VILLA, individually and d/b/a RESTAURANT EL SINALOENSE A/K/A EL SINALOENSE and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by March 13, 2013, the dismissal shall be deemed to be **with prejudice.**

///

///

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party
2  referenced-above shall bear its own attorneys' fees and costs.

Dated: October 21, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

ALBERTO PENA VILLA A/K/A ALBERTO SANCHEZ
Individually and d/b/a RESTAURANT EL SINALOENSE
A/K/A EL SINALOENSE

Dated:

VERONICA VILLA
Individually and d/b/a RESTAURANT EL SINALOENSE
A/K/A EL SINALOENSE

IT IS SO ORDERED:

_Lucy H. Koh_
The Honorable Lucy H. Koh
United States District Court
Northern District of California

Dated: November 3, 2011

///

STIPULATION OF DISMISSAL
5:11-cv-01216-LHK
PAGE 2

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER HAS BEEN SENT TO:

**Alberto Pena Villa**
**Veronica Villa**
128 Broadway St
King City, CA 93930

Dated: November 3, 2011				Richard W. Wieking, Clerk

						By:__/s/_____
						       Juan P. Valdivieso,
						       Law Clerk